AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Vincent Jerode Beaton, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   9:20-2096-CMC |
| Warden of Lee Correctional Institution, ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Vincent Jerode Beaton, shall take nothing of Respondent, Warden of Lee Correctional Institution, as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed without prejudice and without requiring Respondent to file a return. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H. Cherry, United States Magistrate Judge.

Date:   November 16, 2020                             *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/C. Pegram-Conner
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*